UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Margaret Lockhart<br><br>    Plaintiff,<br><br>v.<br><br>Performant Recovery, Inc.<br><br>    Defendant. | Case No. 1:14-cv-06840<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


    RESPECTFULLY SUBMITTED,

    Hyslip & Taylor, LLC, LPA

    By:   /s/ Jeffrey S. Hyslip__
        Jeffrey S. Hyslip
        Attorney for Plaintiff
        1100 W. Cermak Rd., Suite B410
        Chicago, IL 60608
        312-380-6110
        Jeffrey@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

 I hereby certify that on November 18, 2014, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's ECF System upon the following:

Jason L. Santos
Hinshaw & Culbertson LLP
222 N. LaSalle Street, suite 300
Chicago, IL  60601

Counsel for:
Performant Recovery, Inc.

                     /s/ Jeffrey Hyslip